| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com | Order Filed on January 24, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Patricia A. Oppel<br><br>        Debtors | Case No.: 25-10052<br><br>Chapter: 13<br><br>Hearing Date: January 15, 2025 @ 9am<br><br>Judge:  CMG |

## BRIDGE ORDER EXTENDING AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: January 24, 2025**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**The Court** having received the Debtor's Motion to Extend the Automatic Stay and any related responses or objections thereto, for the reasons set forth on the record of the hearing before the Court on January 15, 2025, and for good cause shown, it is hereby,

**ORDERED** as follows:

1) The automatic stay under § 362(a), as limited by § 362(c)(3) with respect to the debtor, is hereby extended through and including February 26, 2025, as to all creditors, expressly including the following secured creditors:

    i) MidFirst Bank (1st mortgage on 195 Pheasant Drive, Bayville, NJ); and

    ii) Berkeley Township.