Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 25−10052−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia A. Oppel
   aka Patricia A. Cole
   195 Pheasant Drive
   Bayville, NJ 08721

Social Security No.:
   xxx−xx−4116

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           3/19/25
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 27, 2025
JAN: gan

                                Jeanne Naughton
                                Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 25-10052-CMG
Patricia A. Oppel | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Jan 27, 2025 | Form ID: 132 | Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A. Oppel, 195 Pheasant Drive, Bayville, NJ 08721-1942 |
| 520502757 | + | Berkeley Township, PO Box B, 627 Pinewald-Keswick Road, Bayville, NJ 08721-2778 |
| 520502778 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 27 2025 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 27 2025 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520502758 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 27 2025 20:40:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520502759 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 27 2025 20:40:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 520502762 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2025 20:58:42 | Credit One Bank, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520502760 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 27 2025 20:58:33 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520502761 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 27 2025 20:58:12 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520502763 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 27 2025 20:39:00 | Educational Credit Management Corp., PO Box 16408, Saint Paul, MN 55116-0408 |
| 520528494 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 27 2025 20:39:00 | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 520502765 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 27 2025 21:09:12 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520502764 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 27 2025 21:09:46 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 520502766 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 27 2025 20:39:00 | First Premier Bank, c/o Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 520502767 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 27 2025 20:39:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520502768 | + | Email/Text: bankruptcy@kikoff.com | Jan 27 2025 20:39:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 520502769 | + | Email/Text: bankruptcy@kikoff.com | | |

Case 25-10052-CMG    Doc 20    Filed 01/29/25    Entered 01/30/25 00:16:06    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2025 | Form ID: 132 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 27 2025 20:39:00 | Kikoff Lending Llc, 75 Broadway, San Francisco, CA 94111-1423 |
| 520511387 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2025 20:47:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520502770 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 27 2025 20:46:44 | MidFirst Bank, 999 NorthWest Grand Blvd, Oklahoma City, OK 73118-6051 |
| 520502771 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 27 2025 20:58:44 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520502772 | ^ | MEBN | Jan 27 2025 20:37:31 | Midland Mortgage, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520502776 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 27 2025 20:39:00 | NJ EzPass, PO Box 4971, Trenton, NJ 08650 |
| 520502775 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 27 2025 20:39:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, PO Box 5042, Woodbridge, NJ 07095 |
| 520502777 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 27 2025 20:40:00 | NJ EzPass, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 520502773 | + | Email/PDF: bankruptcy@ncfsi.com | Jan 27 2025 20:58:27 | New Century Financial Services, Inc., 110 S Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 520502774 | | Email/Text: signed.order@pfwattorneys.com | Jan 27 2025 20:38:00 | New Century Financial Services, Inc., c/o Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520531623 | | Estate of Margaret Cole |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jan 27, 2025 | Form ID: 132 | Total Noticed: 27

Robert Cameron Legg
       on behalf of Debtor Patricia A. Oppel courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee
       USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4