| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com | **Order Filed on February 27, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Patricia A. Oppel<br><br>                                  Debtors | Case No.:  25-10052<br><br>Chapter:  13<br><br>Hearing Date: February 26, 2025 @ 9am<br><br>Judge:  CMG |

## ORDER GRANTING
## MOTION TO EXTEND AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: February 27, 2025**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

2

The Court having received the Debtor's Motion to Extend the Automatic Stay and any related responses or objections thereto, and for good cause shown, it is hereby

**ORDERED,** that the automatic stay as provided for under 11 U.S.C. §362(a) is hereby continued and extended through the duration of this case as to all creditors, expressly including the following secured creditors:

1. MidFirst Bank (1st mortgage on 195 Pheasant Drive, Bayville, NJ); and

2. Berkeley Township.