Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 25−10052−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia A. Oppel
   aka Patricia A. Cole
   195 Pheasant Drive
   Bayville, NJ 08721

Social Security No.:
   xxx−xx−4116

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 23, 2025.


Dated: May 23, 2025
JAN: mjb

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                            Case No. 25-10052-CMG
Patricia A. Oppel                                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                     Page 1 of 3
Date Rcvd: May 23, 2025                           Form ID: plncf13                                Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A. Oppel, 195 Pheasant Drive, Bayville, NJ 08721-1942 |
| 520502757 | + | Berkeley Township, PO Box B, 627 Pinewald-Keswick Road, Bayville, NJ 08721-2778 |
| 520502778 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 23 2025 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 23 2025 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520502758 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 23 2025 20:40:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520502759 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 23 2025 20:40:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 520502762 | | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2025 20:49:41 | Credit One Bank, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520502760 | + | Email/PDF: creditonebknotifications@resurgent.com | May 23 2025 20:49:04 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520502761 | + | Email/PDF: creditonebknotifications@resurgent.com | May 23 2025 20:49:24 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520502763 | | Email/Text: ECMCBKNotices@ecmc.org | May 23 2025 20:39:00 | Educational Credit Management Corp., PO Box 16408, Saint Paul, MN 55116-0408 |
| 520528494 | | Email/Text: ECMCBKNotices@ecmc.org | May 23 2025 20:39:00 | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 520502765 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 23 2025 20:49:02 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520502764 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 23 2025 20:49:42 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 520502766 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 23 2025 20:40:00 | First Premier Bank, c/o Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 520502767 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 23 2025 20:39:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520502768 | + | Email/Text: bankruptcy@kikoff.com | May 23 2025 20:39:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 520502769 | + | Email/Text: bankruptcy@kikoff.com | | |

| Recip ID | | Notice Method | Time | Recipient |
|---|---|---|---|---|
| | | | May 23 2025 20:39:00 | Kikoff Lending Llc, 75 Broadway, San Francisco, CA 94111-1423 |
| 520511387 | | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2025 20:49:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520502770 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 23 2025 20:49:15 | MidFirst Bank, 999 NorthWest Grand Blvd, Oklahoma City, OK 73118-6051 |
| 520502771 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 23 2025 20:49:21 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520502772 | ^ | MEBN | May 23 2025 20:39:26 | Midland Mortgage, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520502776 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 23 2025 20:39:00 | NJ EzPass, PO Box 4971, Trenton, NJ 08650 |
| 520502775 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 23 2025 20:39:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, PO Box 5042, Woodbridge, NJ 07095 |
| 520502777 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 23 2025 20:40:00 | NJ EzPass, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 520502773 | + | Email/PDF: bankruptcy@ncfsi.com | May 23 2025 20:49:41 | New Century Financial Services, Inc., 110 S Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 520502774 | | Email/Text: signed.order@pfwattorneys.com | May 23 2025 20:39:00 | New Century Financial Services, Inc., c/o Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520531623 | | Estate of Margaret Cole |
| 520546067 | *+ | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 23, 2025 | Form ID: plncf13 | Total Noticed: 27 |

on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Robert Cameron Legg

on behalf of Debtor Patricia A. Oppel courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4