UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Patricia A. Oppel,

Debtor.

Case No.:    25-10052-CMG

Chapter:    13

Hearing Date:    11/26/2025

Judge:    Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 195 Pheasant Drive, Bayville, NJ  (Docket # 36)

Date: 11/20/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*