Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 25-10052 / CMG**

Patricia A. Oppel

Petition Filed Date: 01/03/2025
341 Hearing Date: 01/30/2025
Confirmation Date: 05/21/2025

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/04/2025 | $50.00 | 29299166717 | 03/04/2025 | $1,000.00 | 29299166695 | 03/04/2025 | $1,000.00 | 29299166706 |
| 03/04/2025 | $1,000.00 | 29299166728 | 04/01/2025 | $50.00 | 29299170374 | 04/01/2025 | $1,000.00 | 29299170363 |
| 04/01/2025 | $1,000.00 | 29299170341 | 04/01/2025 | $1,000.00 | 29299170352 | 05/14/2025 | $1,000.00 | 29299172163 |
| 05/14/2025 | $1,000.00 | 29299172152 | 05/14/2025 | $1,000.00 | 29299172196 | 05/14/2025 | $50.00 | 29299172185 |
| 07/01/2025 | $50.00 | 38173808698 | 07/01/2025 | $1,000.00 | 38173808687 | 07/01/2025 | $1,000.00 | 38173808676 |
| 07/01/2025 | $1,000.00 | 38173808665 | 08/13/2025 | $50.00 | 38173800802 | 08/13/2025 | $1,000.00 | 38173800791 |
| 08/13/2025 | $1,000.00 | 38173800780 | 08/13/2025 | $1,000.00 | 38173800778 | 11/13/2025 | $230.00 | 38150524585 |
| 11/13/2025 | $1,000.00 | 38150524574 | 11/13/2025 | $1,000.00 | 38150524563 | 11/13/2025 | $1,000.00 | 38150524552 |
| 01/07/2026 | $1,000.00 | 38150523933 | 01/07/2026 | $1,000.00 | 38150523922 | 01/07/2026 | $424.00 | 38150523944 |
| 01/07/2026 | $1,000.00 | 38150523911 | 02/12/2026 | $1,000.00 | 55056142952 | 02/12/2026 | $1,000.00 | 55056142969 |
| 02/12/2026 | $1,000.00 | 55056142976 | 02/12/2026 | $424.00 | 55056142983 | | | |

**Total Receipts for the Period: $25,328.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $25,328.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | Patricia A. Oppel | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  FIRST PREMIER | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 2 | NEW JERSEY TURNPIKE AUTHORITY<br>»»  UNPAID TOLLS & ADM CLAIMS | Unsecured Creditors | $1,136.78 | $0.00 | $1,136.78 |
| 0 | Robert Cameron Legg, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,180.00 | $4,180.00 | $0.00 |
| 3 | ECMC | Unsecured Creditors | $3,424.98 | $0.00 | $3,424.98 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2024 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 5 | MIDFIRST BANK<br>»»  195 PHEASANT DRIVE/1ST MTG | Mortgage Arrears | $155,605.69 | $12,066.28 | $143,539.41 |
| 6 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $184.80 | $0.00 | $184.80 |
| 7 | MIDFIRST BANK<br>»»  195 PHEASANT DRIVE/PP ARREARS ORDER<br>11/26/25 | Mortgage Arrears | $9,506.65 | $149.45 | $9,357.20 |

**Chapter 13 Case No. 25-10052 / CMG**

| 8 | MIDFIRST BANK | Mortgage Arrears | $549.00 | $549.00 | $0.00 |
|---|---|---|---|---|---|
| | »» 195 PHEASANT DRIVE/ATTY FEES ORDER 11/26/25 | | | | |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,328.00 | Plan Balance: | $164,678.00 ** |
| Paid to Claims: | $16,944.73 | Current Monthly Payment: | $3,230.00 |
| Paid to Trustee: | $2,042.03 | Arrearages: | $2,842.00 |
| Funds on Hand: | $6,341.24 | Total Plan Base: | $190,006.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or**
**scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**