Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−10052−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Patricia A. Oppel
aka Patricia A. Cole
195 Pheasant Drive
Bayville, NJ 08721

Social Security No.:
xxx−xx−4116

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/19/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 19, 2026
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 25-10052-CMG

Patricia A. Oppel                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                Page 1 of 3
Date Rcvd: Feb 19, 2026                       Form ID: 148                               Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A. Oppel, 195 Pheasant Drive, Bayville, NJ 08721-1942 |
| 520502757 | + | Berkeley Township, PO Box B, 627 Pinewald-Keswick Road, Bayville, NJ 08721-2778 |
| 520502778 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 19 2026 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 19 2026 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520502758 | + | EDI: CCS.COM | Feb 20 2026 01:53:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520502759 | + | EDI: CCS.COM | Feb 20 2026 01:53:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 520502762 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 21:15:58 | Credit One Bank, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520502760 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 19 2026 21:15:55 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520502761 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 19 2026 21:16:10 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520502763 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 19 2026 21:13:00 | Educational Credit Management Corp., PO Box 16408, Saint Paul, MN 55116-0408 |
| 520528494 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 19 2026 21:13:00 | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 520502765 | + | EDI: AMINFOFP.COM | Feb 20 2026 01:53:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520502764 | + | EDI: AMINFOFP.COM | Feb 20 2026 01:53:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 520502766 | + | EDI: JEFFERSONCAP.COM | Feb 20 2026 01:53:00 | First Premier Bank, c/o Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 520502767 | | EDI: IRS.COM | Feb 20 2026 01:53:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520502768 | + | Email/Text: bankruptcy@kikoff.com | Feb 19 2026 21:12:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 520502769 | + | Email/Text: bankruptcy@kikoff.com | | |

| | | | | |
|---|---|---|---|---|
| | | Feb 19 2026 21:12:00 | | Kikoff Lending Llc, 75 Broadway, San Francisco, CA 94111-1423 |
| 520511387 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 19 2026 21:16:24 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520502770 | + EDI: AISMIDFIRST | | | |
| | | Feb 20 2026 01:53:00 | | MidFirst Bank, 999 NorthWest Grand Blvd, Oklahoma City, OK 73118-6051 |
| 520502771 | EDI: AISMIDFIRST | | | |
| | | Feb 20 2026 01:53:00 | | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520502772 | ^ MEBN | | | |
| | | Feb 19 2026 21:05:19 | | Midland Mortgage, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520502776 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | | |
| 520502775 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | | |
| | | Feb 19 2026 21:11:00 | | NJ EzPass, PO Box 4971, Trenton, NJ 08650 |
| | | Feb 19 2026 21:11:00 | | New Jersey Turnpike Authority, 1 Turnpike Plaza, PO Box 5042, Woodbridge, NJ 07095 |
| 520502777 | + EDI: CCS.COM | | | |
| | | Feb 20 2026 01:53:00 | | NJ EzPass, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 520502773 | + Email/PDF: bankruptcy@ncfsi.com | | | |
| | | Feb 19 2026 21:37:21 | | New Century Financial Services, Inc., 110 S Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 520502774 | Email/Text: signed.order@pfwattorneys.com | | | |
| | | Feb 19 2026 21:11:00 | | New Century Financial Services, Inc., c/o Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520531623 | | Estate of Margaret Cole |
| 520546067 | *+ | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

District/off: 0312-3　　　　　　　　　User: admin　　　　　　　　　　　Page 3 of 3

Date Rcvd: Feb 19, 2026　　　　　　　　Form ID: 148　　　　　　　　　Total Noticed: 27

Denise E. Carlon

on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Robert Cameron Legg

on behalf of Debtor Patricia A. Oppel courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 4